This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**WILLIAM GARDNER,**

Plaintiff/Counterdefendant-Appellee,

v.                                                    **NO. 35,612**

**ERIC RIVERA d/b/a SOUTHWEST METAL DESIGN**,

Defendant/Counterclaimant-Appellant,

and

**ERIC RIVERA d/b/a SOUTHWEST METAL DIVISION,**

Third-party Plaintiff/Counterdefendant-Appellant,

v.

**KATHRYN GARDNER,**

Third-party Defendant/Counterclaimant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**John F. Davis, District Judge**

Crowley & Gribble PC
Clayton E. Crowley
Albuquerque, NM.

for Appellees

David M. Houliston
Albuquerque, NM.

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Chief Judge.**

{1}    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}    **DISMISSED.**

{3}    **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Chief Judge**

**WE CONCUR**:

_____
**JONATHAN B. SUTIN, Judge**

_____
**STEPHEN G. FRENCH, Judge**

2